Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL/FAX:  (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Christine Proctor

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRSTINE PROCTOR,<br>          Plaintiff,<br><br>     vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>          Defendant. | Case No.:  5:21-cv-00334-KK<br><br>ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FIVE THOUSAND EIGHT HUNDRED AND EIGHTY NINE DOLLARS** ($5,889.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: December 7, 2021

_____
HON. KENLY KIYA KATO
United States Magistrate Judge